David A Grabalden
**Name**

715 Candelaria Bld NE

Albuquerque NM, 87107
**Address**

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 JUL 27 PM 2:14    KH

CLERK ALBUQUERQUE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

David A Grabalden, Plaintiff
(Full Name)

CASE NO. 16 cv 864 SMV
(To be supplied by the Clerk)

v.

Barabara Grabalden, Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A. JURISDICTION

1) David A Grabalden, is a citizen of New Mexico
   (Plaintiff)                                   (State)
   who presently resides at 715 Candelaria Bld NE.,
   (Mailing address or place of confinement)
   Albuquerque, NM 87107.

2) Defendant Barabara Grabalden is a citizen of
   (Name of first defendant)
   Albuquerque New Mexico, and is employed as
   (City, State)
   _____. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐    No ☑    If your answer is "Yes", briefly explain:

3) Defendant _____ is a citizen of
(Name of second defendant)
_____ , and is employed as
(City, State)
_____ . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐   No ☐    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B.  NATURE OF THE CASE

1) Briefly state the background of your case.

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

   A)(1)   Count I:

   (2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

   B)(1)   Count II:

   (2) Supporting Facts:

C)(1) Count III:

(2) Supporting Facts:

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐  No ☐   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number:

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   d) Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_____
Signature of Attorney (if any)

_____
Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                           - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on _____ 20___ .
                (Location)                          (Date)

_____
(Signature)

## United States District Court

for the

David A Gabaldon

Civil Action No.

V.

Barabara Gabaldon

On October 31, 2013. I was arrested for DV. 475713. I stay in jail 3.5 month. I was on

pretrial for 2 months afterward. I been homeless and having hard time getting back to my normal

life and been around a lots people that desperado. My mind has been alter to mental anguish.

Facts

Due to me being in custody, I was having High blood pressure problems, it so stressful

going to court. Then while on pretrial, I had to live shelter that over flow for winter cause it to cold

outside that was the old west jail where stayed. I also having to deal with the Authority around me.

I lost all belonging, personal item and family. Then Trying to get job and the employers look up

arrested history think that, I David A Gabaldon is the worse person around ever. On April 4,

2014. Barbara Gabaldon showed up for trail. When the court started it, Barbara Gabaldon left the

court room. The Da. Asked for dismissal. Due to lack of witness.

WHEREFORE it is demanded the Court issue judgment against the Respondents as Follows:

For every day being in custody the dollar amount will be $2500 per day. Then for every

day being on pretrial the dollar amount will be $1200 per day. Due to the heartache of all my lost

with vehicle and personal item, harsh time. Living in place that was not normal. The Total amount will
$300,000.00 to cover all issue.

/s/_____ Date:_____

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
CITY OF ALBUQUERQUE
IN THE METROPOLITAN COURT

FILED IN THIS OFFICE
Time: 2:04
APR 0 4 2014
CLERK METROPOLITAN COURT
CRIMINAL DIVISION
BY

STATE OF NEW MEXICO

v.                                                                    No. T-4-DV-2013-004757

DAVID GABALDON, Defendant.

## NOTICE OF DISMISSAL

The above captioned case is a

[ ]   FELONY CASE

[X]   NON-FELONY CASE

The State of New Mexico hereby files a nolle prosequi in the above captioned cause.

Upon the Defendant's submission to a Forensic Assessment, a finding was reached that requires a dismissal pursuant to Section 31-9-1 NMSA 1978 (2012).

Ellen Lloyd, Assistant District Attorney
520 Lomas Blvd NW, 4th floor
Albuquerque, NM 87102
(505) 222-1002
Elloyd@da2nd.state.nm.us

I hereby certify that a true and correct
copy of this motion was
___ mailed
___ faxed to
___ sent through inter-office mail
_/_ hand-delivered in open court
TO:

_/_ Public Defender

ON: _4-4_____, 2014.

Ellen Lloyd, Assistant District Attorney

4/4/14

Skip to Main Content Logout My Account Search Menu New Criminal Search Refine Search Back          Location : All Courts   Images Help

# REGISTER OF ACTIONS
## CASE NO. T-4-DV-2013-004757

| | | |
|---|---|---|
| STATE OF NEW MEXICO VS. GABALDON, DAVID A | § § § § § § § | Case Type: **Domestic Violence**<br>Date Filed: **10/31/2013**<br>Location: **Bernalillo County Metropolitan Court**<br>Judicial Officer: **Walton, Sharon D.**<br>Law Enforcement Case Number: **13-383144**<br>Metro Court Legacy Case Number: **DV475713** |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Attorneys** |
| Defendant | GABALDON, DAVID A *Also Known As* GABALDON, DAVID ANTHONY<br>5804 MARQUETTE AVE SE APT C<br>ALBUQUERQUE, NM 87108<br>DL: NM107791710 | Male<br>DOB: 03/21/1979<br>SSN: XXX-XX-4573<br>5' 8" | Public Defender - Albuquerque<br>*Retained*<br>505-841-5100(W) |
| Plaintiff | State of New Mexico | | |
| Victim | GABALDON, BARBARA<br>UNK<br>UNK, NM 0 | | |

### CHARGE INFORMATION

| Charges: GABALDON, DAVID A | Statute | Level | Date |
|---|---|---|---|
| 1. VIOLATING A PROTECTION ORDER | 40-13-6 | Misdemeanor | 10/30/2013 |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

10/31/2013 **Plea** (Judicial Officer: Duran, R. John)
    1. VIOLATING A PROTECTION ORDER
        Not Guilty

04/04/2014 **Disposition** (Judicial Officer: Ramczyk, Daniel E.)
    1. VIOLATING A PROTECTION ORDER
        Dismissed - Defendant Incompetent

**OTHER EVENTS AND HEARINGS**

01/06/2013 CANCELED Review Conditions of Release Hearing (10:30 AM) (Judicial Officer Walton, Sharon D.)
    Vacated
    Result: Vacated
10/31/2013 **Request for Hearing/Speedy**
10/31/2013 **Custody Arraignment** (9:30 AM) (Judicial Officer Duran, R. John)
    CHARGE 1: PER JUDGES DISPO ADDED TO COR MLOPEZ FOR AMERCANDANT 12/23/1 3
    Result: Hearing Held
11/06/2013 **ENTRY OF APPEARANCE FILED**
12/05/2013 **Request for Hearing/Speedy**
12/05/2013 **Pre-Trial Conference** (8:45 AM) (Judicial Officer Walton, Sharon D.)
    CHARGE 1: DISC. DOCS RECVD BUT ORDER OF PROTECTION NEEDED...STATE HAS ORDERED AND WILL PROVIDE...DEF. MTN TO REVIEW COND OF STATE TO NOTIFY A/V...SET TO REVIEW COR 10 + DAYS...SSFT
    Result: Hearing Held
12/17/2013 **Review Conditions of Release Hearing** (10:30 AM) (Judicial Officer Walton, Sharon D.)
    CHARGE 1: Instructions AUTHORIZE CCP EVALUATE BY MDC
    Result: Hearing Held
01/09/2014 **ORD: TRANSFER ORDER FOR COMPETENCY DETERMINATION**
01/09/2014 CANCELED Bench Trial (9:00 AM) (Judicial Officer Walton, Sharon D.)
    Continued
    Result: Continued
01/16/2014 **ORD: ORDER FILED**
    ORDER OF ASSIGNMENT FROM ORIGINAL JUDGE TO SPECIALTY COURT JUDGE - JUDGE RAMCZYK - GRANTED AND FILE ON 1/16/14
01/17/2014 **ORD: TRANSFER ORDER FOR COMPETENCY DETERMINATION**
01/17/2014 CANCELED Competency Review (1:30 PM) (Judicial Officer Ramczyk, Daniel E.)
    Continued
    CHARGE 1: EVAL COMPLETED, AWAITING REPORT. D IN JAIL 78 DAYS, AV DOES NOT OBJECT TO RELEASE OF D, BUT SHE WANTS NO CONTACT. RESET IN 7 DAYS. KEEP BOND AS IS.
    Result: Continued
01/24/2014 **ORD: TRANSFER ORDER FOR COMPETENCY DETERMINATION**
01/24/2014 **Order of Competency Filed**
01/24/2014 **Release Defendant This Case**

| Date | Event |
|---|---|
| 01/24/2014 | **Competency Review** (1:30 PM) (Judicial Officer Ramczyk, Daniel E.) |
| | CHARGE 1: Instructions RELEASE DEF NEXT DAY IN A.M. PTS THROUGH COMPETENCY PROB. EVAL WITH DRAWN. REMAND TO TRIAL COURT. D IN JAIL 86 DAYS. D RELEASED TO PTS THRU CC. SF TRIAL. |
| | Result: Hearing Held |
| 01/30/2014 | **ORD: ORDER FILED** |
| | ORDER OF ASSIGNMENT - SPECIALTY COURT CASE REMANDED BACK TO TRIAL COURT JUDGE GRANTED & FILED ON 1/30/14 |
| 03/06/2014 | **Reset Trial** (9:00 AM) (Judicial Officer Walton, Sharon D.) |
| | Parties Present |
| | *03/06/2014 Reset by Court to 03/06/2014* |
| | Result: Reset |
| 03/06/2014 | ORD: For Diagnostic Evaluation/Additional Release Conditions |
| | Document attached by Browse Docket service. |
| 03/12/2014 | **ORD: ORDER OF JUDGE ASSIGNMENT** |
| | Order of Reassignment to Specialty Court Judge Ramcyzk from Original Judge Walton, filed and granted. |
| 03/14/2014 | Competency Review (1:30 PM) (Judicial Officer Ramczyk, Daniel E.) |
| | Result: Reset |
| 03/14/2014 | NTC: OF HEARING (Judicial Officer: Ramczyk, Daniel E. ) |
| 03/14/2014 | MTN: FOR CONTINUANCE (Judicial Officer: Ramczyk, Daniel E. ) |
| 03/14/2014 | ORD: FOR CONTINUANCE (Judicial Officer: Ramczyk, Daniel E. ) |
| | Case reset for 4/4/14 at 1:30 PM |
| 04/04/2014 | **Competency Review** (1:30 PM) (Judicial Officer Ramczyk, Daniel E.) |
| | Parties Present |
| | *04/04/2014 Reset by Court to 04/04/2014* |
| | Result: Adjudicated |
| 04/04/2014 | NTC: Notice of Dismissal (All Charges) (Judicial Officer: Ramczyk, Daniel E. ) |